January 3rd, 2023

Honorable Rebecca Goodgame Ebinger
United States District Judge
123 East Walnut Street
Suite 300
Des Moines, Iowa 50309

Dear Judge Ebinger,

My name is Justin James Preuschl, I am the younger brother of Jacob John Preuschl. I am typing this letter behalf of Jacob Preuschl, Case no.3:22-cr-40. I would like to inform you about various things regarding Jacob. I would like to, first and foremost, thank you for taking the time to read my letter. Time is a valuable thing and you taking the time to read this truly means a lot to me. Secondly, I would like to enlighten you on some of Jacob's character qualities and personality traits. In short, I would like to help you understand what kind of a person my older brother, Jacob John Preuschl truly is. Jacob is fun loving, hardworking, highly intelligent, he has a "never say die" attitude about him. Which essentially means he is persistent, refuses to quit, thus helping allow him to achieve goals in which he sets out to achieve. Jacob is a true leader, he has compassion, all while knowing when to push people towards achieving their goals. In that regard, he is a truly motivator of people to make the most out of their God given ability. Jacob demonstrates great citizenship. This is just a shortened list of the many characteristics of Jacob.

Jacob knows how to balance having fun and his fun-loving side and balancing his hard-working side of things. At work, average isn't good enough. He is always striving to push himself to better himself. This goes hand in hand with his leadership style. Jacob will say things if needed, however, he has always been a leader by example. Going back to his days on the gridiron at Iowa City West High School. He played offensive and defensive line, with his 5'7" 165 lbs. frame at the time. To not only play football at that little size, but to compete for playing time, he earned the respect of his teammates. Some of which, he is still friends with to this day. Jacob helped form a special type of discipline with me. He taught me what it was like to train, practice, and compete as an undersized lineman. It wasn't always about what he said, rather, it was more so about what he did. In other words, his actions spoke louder then words. That year, he was a senior and I was a freshman. While that was the only time we ever played on the same team, it meant the world to me. However, that competitive fire within him, I wasn't really able to ever put into words. I got into coaching and went to various coaching clinics. It was at one coaching clinic where I was finally able to put that competitive nature of his into words. It wasn't really me who defined it, it was Coach Tim Polasek and his offensive line room mantra. That being, "Compete and Improve with urgency, passion and enthusiasm consistently with a fox hole mentality to protect the program and what it stands for!" I think that that applies to not only football, but also life in general. In that moment, in that intense coaching clinic breakout room,

EXHIBIT L

it hit me.  That is the motto I have been unknowingly living by and little did I know, it was instilled in me via Jacob.

Jacob as a student.  Jacob has always been someone who was interested in learning.  Going clear back to elementary school, I always would remember him sharing interesting things he's learned throughout the day.  He has challenged himself throughout his academic career with pushing himself by taking AP classes in high school.  Additionally, going to college for engineering was yet another way he pushed himself academically to put himself into position to be successful in life.  Jacob would help my siblings and I with homework, for me, it was math that I struggled with.  Specifically, Geometry and Pre-Calculus.  Who better to help you with that then an engineer!  Right?  However, it was when Jacob was in college where I knew he found his calling as an engineer.  You could tell because when Jacob would walk into a building, you'd see him look at the roof.  Finally, I asked him why he did that?  Then he would always enlighten me with structural engineering knowledge.  He would explain to me why the roof was engineered certain ways.

Although Jacob does enjoy school and academically challenging himself, that doesn't mean it all came easy to him.  Jacob struggled early in college adjust to college and learning how rigorous engineering can be.  He had to learn that it wasn't always going to be perfect, it wasn't always going to be pretty, however, it's all about finding a way to get the job done.  He learned that just because you got a D on an exam, doesn't mean it's a "bad" grade.  Especially if the average test score was an F.  I think that struggle helped form Jacob into the Teacher's Assistant (T.A.) he became.  That struggle allowed him to be able to connect with undergraduate students better.  Additionally, being young, he was able to remember that struggle to adjust to college better then a professor who has been teaching for decades.  Jacob was such a good TA that he was honored by winning the best TA award, voted on by undergraduate students.  It's no surprise to me that Jacob won such an award.  His willingness to help and his selflessness helped him win that award.  I remember walking into Jacob's room and seeing quotes he would have written down on his mirror and calendar.  Additionally, he would spread those same messages via social media.  On Facebook, he would post motivational quotes.  That being said, I know that posting those quotes had to have helped at least one person make it through the day or help make it through tough times.

Jacob as a friend.  Jacob, for as long as I can has had a great number of friends.  I remember specifically in elementary school; Jacob would constantly come home with birthday party invitations from classmates.  I remember my parents jokingly getting frustrated by this due to constantly needing to buy birthday gifts for kids.  However, this just speaks volumes to Jacob's ability to relate to people and find something in common to bond over.  Thus, befriending people of all backgrounds.  I know that Jacob's kindness has made a positive impact on the lives of many.  Some of Jacob's friend's former or current, suffered from low self-esteem, depression, bullying, etc.  Jacob in most cases were their only friends.  Similarly, to birthday invitations in elementary school, as an adult, Jacob would constantly be invited to weddings or asked to be in the weddings.  One year he had two or three weddings alone that he was involved

EXHIBIT L

in. Jacob has always been one to help people in need and always was someone people could rely on to always be there for them.

Jacob as a neighbor. For as long as I can remember, our neighbors have been an extension of our family. My dad helped start block parties, it was a potluck style event. I always remember how fun they were to attend. After our parents got divorced, Jacob and I re-started that tradition. Additionally, anytime any neighbor asked for help or clearly needed help with something, Jacob was always first to take action. Living near a bunch of elderly neighbors, it's important to help them out in any way possible. Especially, in the wintertime, I can't count how many different times we'd shovel snow for our neighbors. It felt good because you knew how much they appreciated the help. Jacob was always the one pushing me towards helping which brings up his generosity. Some neighbors would always try paying us for our work, once we discovered that they weren't going to take no for an answer, we decided that cookies and other baked good were payment enough. This is a measure of true citizenship and leadership. One could also say that this is an example of, "loving thy neighbor."

Jacob as a worker. Jacob has had a strong work ethic for as long as I can remember. That same mentality that he had on the gridiron, he carried with him into the workplace. Jacob would always tell me that I shouldn't ever feel like I am above doing anything, no matter what my title is, no matter what my pay is, and no matter what my seniority is. Jacob has always been a very reliable worker. Jacob would come in early, stay late, and always made sure the job got done. Doesn't matter if it was at Hy-Vee, the summer he spent framing, or as a civil engineer. Jacob is always looking to master whatever it is that he is doing. Jacob got so good at his job working salad bar that he could cut a watermelon up in 20 seconds and a pineapple in 15 seconds. Jacob understands the fact that in order to become a master at your job, you must face adversity. He faced a lot of adversity framing for a summer. Going back to my point about Jacob wanting to master his craft, always looking to challenge himself, and being the best that he can be, Jacob spent a summer framing town home. Side note, funny enough, fast forward in his life, and those were the town houses he was living in. However, Jacob wanted to frame to learn more about engineering from a day-to-day building operations standpoint. Its one thing to understand what a roof pitch is on a blueprint. It's another thing to understand the process in which it takes to make the blue print a reality. The adversity Jacob faced was due in part to his lack of experience and skill with building and power tools. Blue collar construction workers, being blue collar construction workers are going to give you a hard time regardless, especially being the "new guy." I remember him telling me about how hard his foreman was on him. However, he stayed the course and didn't allow that adversity to get in the way of him accomplishing his goal.

I think if I had to describe Jacob, the first thing that comes to mind is toughness. How do you define toughness? Oxford dictionary would define toughness as, "the ability to deal with hardship or to cope in difficult situations." However, me being the football junkie and coach that I am, I look to mentors and people I look up to, in order to help me with these things. Nick Saban on toughness, "Toughness is what helps you be able to maintain the discipline that you need to have to do what you need to do, when you're supposed to do it, the way it's

EXHIBIT L

supposed to get done." In short, you can describe toughness as answering the question, what does it take to break you? Secondly, I think you could define Jacob as a loving son, brother, coworker, husband, and follower of Christ. Jacob can be defined as a mentor, leader, and bright minded. Thanks again for your time!

Sincerely,

Justin Preuschl